AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JENNY LOUISE CUDD<br>and<br>ELIEL ROSA<br><br>*Defendant(s)* | Case: 1:21-MJ-00035<br>Assigned to: Judge Zia M. Faruqui<br>Assigned Date: 1/12/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/06/2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Jeffery F. Johannes, Special Agent- FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/12/2021

*Judge's signature*

City and state: Washington, D.C.            Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*