

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 10, 2021

**VIA ELECTRONIC MAIL**

Marina Medvin, Esq.
Medvin Law PLC
916 Prince Street
Alexandria, VA  22314
marina@medvinlaw.com

Michelle Peterson, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, Suite 550
Washington D.C.  20004
Shelli_peterson@fd.org

        Re: <u>United States v. Jenny Louise Cudd and Eliel Rosa</u>
           Case No. 21-cr-68
           Discovery Production No. 1

Dear Counsel:

  In response to your request for discovery, and in the hopes of exploring a possible resolution of this matter in the future, we write to memorialize the preliminary discovery that we provided for download off of USAfx from the USAfx folder labeled, "Cudd-Rosa Discovery Production 1."

  **The following materials were provided via USAfx on February 17, 2021:**

- Jenny_Cudd_1-6-21_video.mp4 (video);
- Jenny_Cudd_Revolution_video.mp4 (video);
- Jenny_Cudd_video_preview_of_1-6_event.mp4 (video);
- FBI 302 (Eliel Rosa), dated 1/9/21 (4 pages).

**The following materials were provided via USAfx on March 9, 2021:**

- From the USAfx folder labeled, "NewsWest 9":
    - 8e05fdda-0b06-43de-92ef-1aa5412d14df_6000.mp4 (video);
    - d69e678c-8c91-471f-a86e-e3d658690745_6000.mp4 (video).
- From the USAfx folder labeled, "CBS7, KOSA-TV", containing subfolder "JENNY CUDD RAW INTVW 010821.zip":
    - PART 1.MOV (video);
    - PART 2.MOV (video);
    - PART 3.MOV (video);
    - JENNY CUDD INTVW FB 010821.mp4 (video);
    - JENNY CUDD JANUARY 6.mp4 (video);
    - JENNY CUDD PHONE INTVW 010621.wav (audio).
- From the USAfx folder labeled, "Hotel Invoices":
    - Cudd, Jenny 1 (1 page);
    - Cudd, Jenny 2 (1 page);
    - Cudd, Jenny 3 (1 page);
    - Cudd, Jenny 4 (1 page);
    - Rosa, Eliel 1 (1 page);
    - Rosa, Eliel 2 (1 page);
    - Rosa, Eliel 3 (1 page).

We received a notification that counsel has already downloaded some of the materials for this case from USAfx. To the extent you have not already done so, please download all of these files as soon as possible from USAfx, as it is not a storage medium; rather, it is a file transfer method. The folder and its contents will expire within 60 days. Please advise me immediately if you have difficulty downloading the discovery folder. This early discovery is not a complete production, but rather preliminary discovery. We anticipate producing more fulsome discovery in the future. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

A proposed protective order was provided, which will allow the production of additional discovery. Counsel for Ms. Cudd notified us that she objects to the protective order but did not propose revisions for the government's consideration. Counsel for Mr. Rosa has proposed revisions to the U.S. Attorney's Office. We will provide an update as soon as possible. Additional materials will be provided after the entry of a Protective Order in this case.

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

                                      CHANNING D. PHILLIPS
                                      ACTING UNITED STATES ATTORNEY
                                      For the District of Columbia

By:            /s/
        AMANDA FRETTO
        D.C. Bar No. 1018284
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7268
        Amanda.Fretto@usdoj.gov