

**GR8 SOLUTIONS GROUP**
*Building Superior Cultures with GR8 Leaders*
*Engaged – Serving – Self-governing*

February 7, 2021

RE: Character Reference for Eliel Rosa

To Whom It May Concern,

My name is Hermann E. Eben and I provide individual and group coaching for leadership and management. Detailed information about me is available on our 3 websites – GR8 Solutions Group (https://gr8grp.com/hermann-eben/, GR8 Leaders (https://gr8leaders.com/about-us/), and GR8 Relationships (https://gr8relate.com/hermann-louie/).

Eliel entered my life in the summer of 2018, because I needed someone to translate my book (Servants Leading Servants – 15 Signs of a REAL Servant Leader) into Portuguese. The religious organization, BEE World (Biblical Education by Extension), wanted to use the book in Africa for the Portuguese speaking population. At our first meeting Eliel clearly demonstrated and spoke of his deep love for God as well as his desire to serve others. Additionally, it was obvious that he loved the United States since he was here on asylum from Brazil. From that point I believed that I had a man of Godly principles and high integrity. Both those values are critical when trusting someone to accurately translate and convey the critical message of the Servants Leading Servants book.

After that initial meeting until now, Eliel has continued to demonstrate Godly values and integrity. We have not only worked closely on the translation of the book, but also, we consistently discuss the biblical principles about relationships and leadership at our Monday evening small group Bible Study.

Eliel is definitely a man that sincerely believes that pursuing the best for others – not himself – is the best path to take in life. We have often spoke about his passion for United States and his desire to teach others about the amazing country that it is. Due to that passion, it is impossible for me to believe that he would have any desire for violence against this wonderful nation. For those reasons, it is easy to say that I would trust my life, family, and business to him if the need ever arose.

Warm Regards,

*[signature]*

Hermann Eben

Midland, Texas 79705    Phone:                                    https://