February 2021

To whom it may concern:

I am writing this letter as a character witness and on behalf of Eliel Rosas. My name is Jamee Higgins, and in my professional capacity, I am the Safety and Risk Manager for City of Midland. I am involved greatly in my church (True-Lite Christian Fellowship Church) and community (Greater Opportunities of the Permian Basin), positively affecting the lives of many.

I had the distinct privilege of meeting Eliel and becoming aware of Nehemiah220 Ministries almost three years ago, and I have continued supporting and participating with the ministry since that time. In all my traveling and learning, I have not met anyone so passionate and compassionate about the United States of America or learned so much about the history of my own government! I have always loved my country and have no desire to remain anywhere else, but Eliel sparked a greater passion in me for this country, because of his passion for this country.

What I have learned is that Eliel is a man of integrity who lives by the highest moral order. When faced with adversity, he meets it with grace and calm. He is not a terrorist; he is not a criminal; he is a man of good character, and he has contributed greatly to our community and inspired positive change in the lives of so many.

Respectfully submitted,

*[signature]*

Jamee Higgins