Mark Pederson                                                               February 9, 2021
1

Your Honor,

I am 66 years old born June 21, 1954 and retired from employment by the State of Texas. I was employed by the Texas Department of Public Safety as a Criminal Polygraph Examiner from October 1977 through January 1991. I transferred to the State of Texas Comptroller of Public Accounts as an Enforcement Officer which I served from February 1991 through August 2003. I am retired and have been married to Kay Pederson for 41 years. I have lived in Midland Texas since April 1978 through the present time.

For approximately four years I have had the pleasure of knowing and associating with Mr. Eliel Rosa. During this time span I have been in a weekly prayer group with Mr. Rosa and have attended seminars led by Mr. Rosa. These seminars pertained to United States of America history and our country's relationship with The Lord from the Mayflower Compact until the present time. I have supported and will continue to support Mr. Rosa's ministry. I consider Mr. Rosa a dear and trusted friend.

Thank you for your attention in this matter.

Sincerely,

*Mark Pederson*

Mark Pederson