

February 9, 2021

To Whom It May Concern:

I have known Eliel Rosa for almost five years and know him as a strong Christian man, committed to the preservation of religious freedom and liberty afforded to us by our Constitution. Eliel has served Midland Christian School as a substitute for most of these five years and has always been reliable, dependable and committed to the ideals and expectations of our wonderful school. While on our campus, Eliel has shown a true compassion for the Christian education of children and a devotion to his family and friends. Through his service in other faith-based, Christian ministries, Eliel has shown a high moral Character and commitment to his Christian calling. Please reach out to me if you have any further questions regarding Eliel Rosa and may God bless you.

In Him,

Jared Lee, Superintendent
Midland Christian School

Jared O. Lee, *Superintendent*  •  432 694-1661  •  2001 Culver  •  Midland, Texas 79705  •  midlandchristianschool.org

*Leading. Building. Equipping for Christ.*