*Jennifer L. Woodall*

01-16-21

To Whom It May Concern:

It is my great privilege to write this Character Reference letter on behalf of my friend, Eliel Rosa. I was first introduced to him and his wife Jaci at a prayer meeting 2 years ago. Since that time, our relationship has developed from that of an acquaintance to one of deep friendship. I hold the utmost respect and adoration for the Rosa family and will fully stand with them through any circumstance.

I have always considered myself to be a proud American with good moral and Godly principles. I have strived to hold fast to the core values that I hold dear and I carefully "watch" the associations that I align or fellowship with. Eliel holds the same values of Faith, Family and Country as I do. I often refer to him as the "Newt Gingrich" of West Texas. His love for our great nation and the wealth of knowledge that he holds about our nation, as a historian, astounds me. I have been a student, completing several courses at Eliel's Nehemiah 220 school of government. I have received a priceless education from him about the founding of our nation, our nations most sacred documents, and the great purpose set forth, by God, for our America the Beautiful. I will forever be grateful for his classes as they have deepened my love for the United States of America as never before. Though Eliel is not a natural born citizen, one would never know it. His love for this country challenges the most patriotic platforms and individuals that I know, including myself. This past year I was honored to be among Eliel and other patriotic Americans as we publicly read the Declaration of Independence, The United States Constitution, and The Mayflower Compact. All these beautiful community readings were orchestrated and hosted by Eliel Rosa. He is, by all accounts to me and many others, 100% American through and through.

Eliel and his family are loving, caring and proactive in all that they do for the betterment of their fellow brother. They are giving of their time and efforts to their friends, church families, and community. My local church has also partnered with Eliel's ministry because it is one that we believe in and can stand with. The Rosas are givers and not takers. I immensely honor and respect Eliel and his family and could not ask for better friends. Actually, I consider them family. He is an outstanding and upstanding man whom I have only known to operate with the utmost integrity. Eliel Rosa is the type of person that makes the world a much better place.

Sincerely,

Jennifer Woodall