February 15, 2021

To whom it may concern.

Greetings,

My name is Pierre Bynum. I have lived in Faulkner, Maryland, for 26 years and in the state of Maryland since 1965. I was ordained to the Christian ministry in 1974 and have served in full time Christian ministry since 1978 – 20 years as a full-time pastor and 26 as a full-time prayer chaplain and writer. In 1974 I married Christina Anne Bynum. Married, now, 46 ½ years, we have 4 adult children and 13 grandchildren.

I met Eliel Rosa, in 2014 when he attended a special prayer meeting that I led each year since 2006 at the Values Voter Summit in Washington, DC. Eliel and his family were then living in Brazil. There they led a Christian fellowship in their home where they prayed as we did. Eliel traveled back and forth from Brazil to the U.S. In his work with City managers and planning professionals. He grew increasingly aware of God's calling for him and his family to come to America. That calling was both to minister the gospel of Jesus Christ and to teach Americans about the blessings we have in a nation "under God" with the foundation stones of freedom we have derived from our Christian heritage, the Declaration of Independence, and the U.S. Constitution.

We became good friends, and he shared his hope of making a new life in America with me, and I have been supportive. At one point, when he was in the process of bringing his family to the U.S., he asked for a small loan to help. He said it might be a good while before he was able to repay it. I was happy to do so, because I knew Eliel to be a man of faith and integrity. He repaid in good time, even though he was building a new life for himself and his family in Texas and could surely have used that money yet a little longer.

Eliel wrote and published two scholarly books while doing work in the city planning field in South America and is a highly intelligent and principled man. I know no family better prepared for American citizenship. We believe Eliel will become a strong citizen and a model American who will guide other immigrants from the southern countries to likewise become strong citizens who will contribute much to our beloved country.

My wife, Christina, and I will be praying for Eliel and Jaci and their family as long as we live.

I can be reached directly via cell phone at.

Sincerely,

**Rev. Pierre Bynum**