February 8, 2021

To Whom It May Concern:

I am writing this letter to testify to the good character of my friend and Christian ministry partner, Eliel Rosa.

My name is Larry L. Long. I have been an ordained minister of the Christian and Missionary Alliance (C&MA) since the late 1990s, having served as a senior pastor in two C&MA churches for thirty-years. I pastored Fellowship Community Church (C&MA) in Midland, Texas, for twenty-years, where I also served as the President and Vice President of the Midland Ministerial Alliance for a total of about 10 of those years. I have been an active Christian leader in our city during my tenure as a pastor. I am presently semi-retired and working at a lumber store.

I have known Eliel Rosa for at least, if not more than, five years. We have worshiped, prayed, and given spiritual leadership together in our community during that time. Eliel has given valuable leadership to a ministry called Nehemiah, where he has taught classes on American history, politics, Constitution, and Christian heritage. These classes have been well-attended and are highly valued by the Christian community of Midland.

We are aware of the unfortunate events that occurred at the Capitol, and Eliel's limited and (I believe) unintentional participation in them. We regret that he was caught up in the mob-psychology of the moment. We do not believe there is anything in Eliel that would seek to use instruments of insurrection and terrorism to overthrow our national government. We therefore kindly ask that his upstanding character be allowed to weigh heavily and positively in the disposition of his case. While he participated in activities contrary to his character and moral disposition, we believe he should be found innocent of all the charges brought against him.

Thank you for your thoughtful consideration of our friend and the circumstances of his case.

Sincerely,

Rev. Larry L. Long
Midland, Texas  79707