Sandra W. Evans

Midland, TX 79707

February 8, 2021

Letter of character reference for Eliel Rosa:

I have personally known Mr. Eliel Rosa for 4 years. I met Eliel Rosa through a City of Midland leadership seminar known as Midland 101. I am a resident and business owner in Midland Texas. I have spent most of my childhood and adult life in this part of Texas. I am part of a 73 year, third generation business. My background is a college graduate with a degree in accounting and finance and I hold a CPA license. I am an active member of my church and several other boards and service organizations. I was blessed the day that the Lord brought Eliel Rosa into my life. Eliel has become a dear friend and prayer partner.

I can honestly say that after only 4 years I believe that I know Eliel Rosa and his heart and his intentions as well as anyone I have known for a lifetime. He is a truly a dedicated servant of the Lord and his intentions are true and pure and honest. He does not lie and he loves this country more than any other citizen of the US that I have ever encountered. He has rekindled my sense of patriotism and desire to learn about my country and serve my country. The Nehemiah School of Government, set up and organized by Eliel, is the result of much prayer and study. His goal is to inform and educate not only the immigrant but also the average citizen of the wonderful rights and duties that go along with being a citizen of The United States of America. He is an inspiration to so very many. He is a respectful man that would never intentionally cause harm to anyone or any property. He is a rule follower that wants the best for this country. I find it impossible to entertain the idea that Eliel would do anything that could be considered criminal or harmful.

I am proud to call Eliel my friend. He is the type of person that this country used to be made up of (men of prayer, men of honesty, men of putting others needs before his own, men of great character, men willing to stand up for the truth). Anyone that comes to know Eliel will be blessed by his passionate yet kind and servant spirit.

*Sandra W. Evans*

Sandra W. Evans