Sherry L. Ford
2517 Shell Avenue
Midland, Texas

January 18, 2021

RE: Eliel Rosa
    Midland, Texas

This letter is a personal testament of my experience in knowing Eliel Rosa.

I have known Eliel and his family for approximately four years. Since that time I have come to know him as a humble man, a man of sterling integrity, and a patriotic person who values the laws of our nation. I believe it was the hand of Providence that brought Eliel and his family to America.

On July 4, 2020 he organized a city-wide reading of the Declaration of Independence and playing of patriotic songs by the Midland Community Orchestra. His dedication and attention as a youth to the study of America's foundations has rendered him an expert in historical and constitutional issues. My experience in having known him is an awakening and enlightenment as to the true hope that America has for generations to come and that of the world. Thanks to Eliel, I now have a renewed realization of the legacy of surpassing greatness we have as an American citizens.

I did not find it surprising that Eliel sought out the local FBI the very next morning he arrived from Washington, DC. It is the very fiber of his character to tell the truth.

My plea is that this man will be pardoned of any judgement failure. My prayer is that becoming a citizen of the United States will be part of his life story.

Sincerely,

*Sherry L. Ford*

Sherry L. Ford