

TO:
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
USCIS

August 4, 2020

Dear Officer,

As an immigrant from China, now a proud American citizen, I have the honor of recommending **ELIEL ROSA** and his family to the Permanent Residency status in the US.

Eliel has been an active member in our local community since his arrival four years ago. China Aid had the privilege of hosting the launch of the Nehemiah220 Ministries two and a half years ago and we have been strong partners ever since.

These are the types of immigrants I believe America desperately needs again, those who believe in the legacy of freedom and liberty proposed by our Founding Fathers.

Because of his fight for freedom, Eliel and his family had to flee for their lives from their native country. We are so blessed by their choice for America and especially Midland, Texas as their home.

I am looking forward to hearing about the confirmation of their green card process.

Sincerely,

**REV. BOB FU, PHD**

**FOUNDER AND PRESIDENT OF CHINA AID**

CHINA AID ASSOCIATION
TEL: 1-888-889-7757  FAX: (432)686-8355
P.O. BOX 8513 MIDLAND, TX 79708, USA
1300 PENNSYLVANIA AVE. NW, SUITE 700, WASHINGTON, DC 20004
WWW.CHINAAID.ORG