Celia C. Harris
˜oo T̲ ̲ ̲ ̲
Midland, Texas 79705

August 8, 2020

To:  United States Citizenship and Immigration Services

Re:  Eliel Rosa and Family—Jacinea Rosa, Stephen Rosa, Conrad Rosa (Asylees)
and Applicants for Permanent Residency (Expedited, Fees Waived)

I have known Eliel Rosa and his family for approximately 3-4 years during the time they have lived in Midland, Texas, having come here as Christian missionaries from Brazil. I must emphasize that they are and have always been in this country legally. However, their desire is to receive permanent residency (green card) but especially to become citizens of the United States, a country they deeply love! How can this be?

I have often stated that Eliel knows more about American history and American government than any American I know, as he has for years been an ardent student of these subjects! As proof of his vast knowledge of America, Eliel has been teaching classes on related topics that I have attended. (I believe I am a good judge of such knowledge, as I am 81 years old and thus went to public school during a time when these subjects were required courses in schools.) Eliel is an exceptional teacher and communicator and a genuine American patriot! In fact, he planned and directed an Independence Day celebration this July 4 at our city park, featuring the Midland Community Band and a reading of the Declaration of Independence! In a multitude of ways, he passionately conveys his love for the United States, its history and its government. I must add that he has the full support of his kind and loving wife, Jacinea (Jaci, as she is known).

The Rosa family has an urgent need for their applications to be expedited, as their funds are very limited and the cost of visas is being increased on October 1. But they have worked diligently to provide for themselves, including being blessed by generous persons in Midland who appreciate the fruit of their ministry. These people are hard workers, diligent, and have no desire to be recipients of welfare in their new, chosen country.

I can personally testify to the integrity of Eliel Rosa and his family! These are the kinds of new citizens that we welcome in America! I ask you to favorably consider expediting their application for permanent residency and for waiving the fees for their applications.

Sincerely,

Celia C. Harris

Celia C. Harris, R.N., B.S.N., M.S.N., Ed.D.
Founding Director, Associate Degree Nursing,
Midland College