

United States Citizenship and Immigration Services

August 4, 2020

To Whom It May Concern:

It is with strong enthusiasm I give my total support to Eliel Rosa, and his family, to be considered for United States permanent residency. Mr. Rosa represents the type of person, along with his wife and sons, who have fully assimilated into the American fabric, adding to its value and heritage.

Several months ago, I asked Mr. Rosa to begin teaching on Encounter Truth, my educational forum. His depth of knowledge about our Founding Fathers, historical documents, and history is sorely lacking with most American adults today. What a genuine blessing to have someone of his caliber sharing his gifting with us so we can better understand what we missed while we were in school decades ago. The reviews from those who have attended is total praise and thank you. I foresee this program expanding and touching countless lives in the years to come.

I must add this as well. I love his patriotic spirit. I first met him while he was assisting a CD11 Candidate who was running for office. What energy and excitement he brought not only to his candidate, but all the candidates who were running in this highly contested race. He befriended them all and still remains friends with many.

The Rosas are highly desired candidates for citizenship. They will be a blessing to this country.

Sincerely,

*Kat Rowoldt*