Rev. Jorge Romero  THE GATHERING CHURCH

The Gathering Church 3303 W. Illinois Ave. #2 Midland, TX 79703 432•262•1109 mygathering.church

August 7, 2020
UNITED STATES CITIZENSHIP AND IMMIGRATION

I have had the pleasure of knowing Eliel Rosa for almost two years. During the time of our acquaintance, I have known Eliel to be a man of integrity and great values. He is a hard working man who is responsible and committed. As a Pastor, I see the value of what Nehemiah Ministries does for our community and beyond.

Eliel is involved in the community and his knowledge brings value to the development and understanding of strong moral and character values. Him and his family work really hard and portray what the American dream should be about; working hard and bringing value to this country.

At a personal level, Eliel knows how to be a friend and demonstrates what loving a neighbor should be. His friendship has been a blessing to me and my family.

Any attentions given to him would be greatly appreciated.

I have been a Pastor in Midland Texas for almost 8 years at The Gathering Church, and been in ministry here for 15 years. Our Church loves Eliel and his family and supports what his vision is for his family and ministry.

Sincerely yours,

*Jorge Romero*

Rev. Jorge Romero

The Gathering Church