05 August 2020

To whom it concerns,

I met Eliel while campaigning for a congressional seat in September 2019. I could tell that Eliel truly believes in the core principles of what our country stands for. He publicly spoke often about why America is the greatest land in the world.

Eliel was very active in helping with another candidate's campaign and I immediately thought, "This guy should be running for office himself!" Congressional District 11 is a very large district that is over 300 miles wide. Every place that we had a forum, Eliel was there.

Eliel is the kind of immigrant that the United States needs more of. He is passionate, patriotic, and intelligent. He did not come to this country expecting Americans to integrate into his way of life. He came to this country wanting to integrate into our way of life. People like Eliel and his family help make the United States a better place.

I truly hope that Eliel and his family are granted citizenship to the United States.


Thank you for your time and consideration.

Wesley W. Virdell
USAF Veteran (ICBM Maintainer, MTL)
Small Business Owner/Entrepreneur