# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-68 (TNM)** |
| v. : | |
| : | |
| **JENNY CUDD,** : | |
| **ELIEL ROSA,** : | |
| **Defendants.** : | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021. We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of August 23, 2021; and

2. Memorandum Regarding Status of Discovery as of September 14, 2021.

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ *Emily A. Miller*  
EMILY A. MILLER  
Capitol Breach Discovery Coordinator  
DC Bar No. 462077  
555 Fourth Street, N.W., Room 5826  
Washington, DC 20530  
Emily.Miller2@usdoj.gov  
(202) 252-6988  

By:   /s/ *Amanda Fretto*  
AMANDA FRETTO  
Assistant United States Attorney  
DC Bar No. 1018284  
555 4th Street, N.W., Room 4125  
Washington, DC 20530  
Amanda.Lingwood@usdoj.gov  
(202) 252-7268